UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Juan Carlos Aguirre
                        Plaintiff,

v.                                                     Case No.: 1:16–cv–07149
                                                                  Honorable Manish S. Shah

Economy Construction, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 22, 2016:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held on 9/22/16. Plaintiff reports the parties have reached a settlement agreement. Pursuant to plaintiff's request, this case is dismissed without prejudice and with leave to reinstate by 1/23/17. If no motion for leave to reinstate has been file by 1/23/17, the dismissal will automatically convert to one with prejudice. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.